BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION
MDL NO. 2872

IN RE: CHILDREN BORN OPIOID-DEPENDENT

INTERESTED PARTY RESPONSE OF JOHN DOE, PLAINTIFF IN
*DOE V. PURDUE PHARMA L.P. ET AL.*, NO. 18-CV-3637 (E.D. PA.) AND OBJECTOR
IN MDL 2804, IN SUPPORT OF MOTION TO TRANSFER

I.  **FACTS**

John Doe, plaintiff in *Doe v. Purdue Pharma L.P. et al.*, No. 18-cv-3637 (E.D. Pa.) is an interested party under Panel Rule 6.2(e), because that action is a potential tag-along case under CTO-54, in MDL 2804, and the issues involved in that matter are essentially identical to those which are the subject of the instant motion.  The Panel has determined that the CTO-54 objection does not require oral argument; by contrast, the Panel has requested oral argument in MDL 2872.  Plaintiff expects that the Panel's decision in this MDL 2872 matter will affect the Panel's disposition of the CTO-54 objection.

II.  **DISCUSSION**

*Doe v. Purdue Pharma* is a class action brought on behalf of Pennsylvania children stricken with NAS.  Other, similar actions have been transferred to MDL 2804, as described in the motion to transfer in the instant matter, which references

the motion to vacate CTO-47 filed by the plaintiffs in *Doyle v. Actavis LLC, et al.*, (S.D. Ohio, C.A. No. 2:18-cv-719), ECF 2398 and ECF 2398-1. The *Doe* plaintiff will not repeat here what was said in those motions. Essentially, the NAS childrens' cases have disappeared into the MDL 2804 abyss. Without disparaging the magnitude of problems facing that court, the childrens' cases call for more rapid responses than have occurred.

Transfer under §28 USC §1407(a) is appropriate only if "[s]uch transfers...will promote the just and efficient conduct of such actions." Experience now shows that that requirement has not been met for the NAS children. An alternative is needed. John Doe therefore supports the instant motion to transfer.

Respectfully submitted:

s/ John K. Weston

John Weston (PA No. 26314)
Andrew Sacks (PA No. 41390)
**SACKS WESTON DIAMOND, LLC**
1845 Walnut Street, Suite 1600
Philadelphia, PA  19103
(215) 925-8200
jweston@sackslaw.com

Thomas E. Bilek
Kelly Cox Bilek
**THE BILEK LAW FIRM, L.L.P.**
700 Louisiana, Suite 3950
Houston, TX  77002
(713) 227-7720
tbilek@bileklaw.com
kbilek@bileklaw.com

Gregory B. Heller (PA No. 61130)
**Young Ricchiuti Caldwell
 & Heller, LLC**
1600 Market Street, Suite 3800
Philadelphia, PA  19103
(267) 546-1004
gheller@yrchlaw.com

BEFORE THE UNITED STATES JUDCIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: CHILDREN BORN OPIOID-DEPENDENT
MDL No. 2872

PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Interested Party Response were served electronically via ECF on November 1, 2018.

Respectfully submitted:

/s/ John K. Weston_____

John K. Weston (PA 26314)
jweston@sackslaw.com
**SACKS WESTON DIAMOND, LLC**
1845 Walnut Street, Suite 1600
Philadelphia, Pennsylvania 19103
T: (215) 925-8220 | F: (267) 639-5422

*Attorney for John Doe, by and through Jane Doe, his parent and natural guardian, in* Doe v. Purdue Pharma L.P. et al.*, No. 18-cv-3637 (E.D. Pa.).*

Dated:  November 1, 2018